Brandon R. SMITH, Appellant,

v.

STATE of Missouri, Respondent.

WD 76811

Missouri Court of Appeals,
Western District.

December 30, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 27, 2015

Application for Transfer Denied
March 31, 2015

Jeannie Willibey, Kansas City, Counsel for Appellant

Shaun Mackelprang, Jefferson City, Counsel for Respondent

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Mr. Brandon R. Smith appeals the judgment denying a Rule 29.15 post-conviction motion. Mr. Smith claims that trial counsel was ineffective for failing to call mitigation witnesses at the sentencing hearing and for failing to give advice to accept the State's plea offer.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).